AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Chicago Regional Council of Carpenters
Pension Fund et al.

CASE NUMBER: 07C 7103

V.

ASSIGNED JUDGE: JUDGE LEINENWEBER

Tropical Carpentry & Windows, Inc., and
Madison Construction Company, Inc.

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Tropical Carpentry & Windows, Inc.
James G. Richert, R.A.
10723 W. 159th St.
Orland Park IL 60467

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond J. Sanguinetti
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                           DATE

| | | | |
|---|---|---|---|
| **ClientCaseID:** | N7572 |  | **CaseReturnDate:** 1/8/08 |
| **Law Firm ID:** | WHITFIEL | | Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **07C7103/RJS**

**I, MICHAEL P. FEEHAN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **Tropical Carpentry & Windows**
PERSON SERVED **SANDY PRICE (RECEPTION)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **12/26/07**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** FEMALE  **Race** WHITE  **Age** 50
**Height** 5'4"  **Build** MEDIUM  **Hair** BROWN

LOCATION OF SERVICE  **10723 W 159th St.**
**Orland Park, IL, 60467**

Date Of Service  **12/26/07**   Time of Service  **4:00 PM**

MICHAEL P. FEEHAN   12/27/2007
**Special Process Server**
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.