IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE and TRAINEE PROGRAM FUND, and Their Trustees, ) ) ) ) ) ) ) | |
| Plaintiffs, )     ) | Case Number: 1:07-CV-7103 Judge Leinenweber |
| v.     ) ) | Magistrate Judge Cox |
| TROPICAL CARPENTRY & WINDOWS, INC., and ) MADISON CONSTRUCTION COMPANY, INC.   ) ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Defendant, **MADISON CONSTRUCTION COMPANY, INC.**, by and through its attorneys, Renée L. Koehler of KOEHLER & PASSARELLI, LLC, hereby request this Honorable Court to extend the date to file an answer or otherwise plead to Plaintiffs' complaint by fourteen (14) days and, in support of its motion, state as follows:

1. On December 18, 2007, Plaintiffs filed their Complaint alleging violations of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185).

2. Defendant, Madison Construction Company, Inc., received the Complaint on or about December 27, 2007. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Defendant, Madison Construction Company, Inc. must file an answer to the complaint or otherwise plead by January 16, 2008.

3. The Complaint purports to assert claims against Defendant, Madison Construction Company, Inc., of failure to pay employer contributions to funds and claims of failure to pay employer benefit contributions and contains fifteen (15) numbered paragraphs.

4. The Complaint raises complicated issues concerning, among other things, the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185) and collective bargaining agreements.

5. Defendant, Madison Construction Company, Inc., recently retained the undersigned counsel and has directed the undersigned counsel to defend against this action and preserve all available defenses in accordance with applicable case and statutory authorities and the Federal Rules of Civil Procedure.

6. Defendant, Madison Construction Company, Inc., needs additional time to research the issues raised in the Complaint and potential defenses to same, and prepare an appropriate responsive pleading.

7. Furthermore, due to previously established work schedules, vacation, and the holidays, Defendant's attorneys will be unable to obtain all of the information necessary to accurately and completely prepare Defendant, Madison Construction Company, Inc.'s responsive pleading by January 16, 2008 as the contact person for the company has been out of town.

8. Therefore, Defendant Madison Construction Company, Inc. respectfully requests this Court to extend the deadline for its Answer or other responsive pleading to and including January 30, 2008, so that its counsel may adequately investigate the matters alleged in the Complaint, as required by Rule 11 of the Federal Rules of Civil Procedure, and prepare Defendants' responsive pleading.

9.	Plaintiffs' counsel does not oppose Defendant, Madison Construction Company, Inc.'s motion for an extension of time.

10.	An extension of the time in which to answer or otherwise plead will not unduly prejudice any of the parties and may help facilitate an expeditious resolution of this case.

**WHEREFORE**, Defendant, Madison Construction Company, Inc. respectfully requests this Court to extend the time by which they must serve its Answer or other responsive pleading until and including January 30, 2008.

		Respectfully submitted,

Dated:  January 14, 2008		**MADISON CONSTRUCTION COMPANY, INC.**

		s/     **Renée L. Koehler**
		Renée L. Koehler, Esq.
		KOEHLER & PASSARELLI, LLC
		900 S. Frontage Road, Suite 300
		Woodridge, Illinois 60517
		Telephone:  (630) 505-9939
		Facsimile:  (630) 505-9969
		E-mail: rkoehler@k-pllc.com

		**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 14, 2008, she electronically filed the foregoing **UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT** with the Clerk of the Court using the CM/ECF system and mailed a copy of the same via United States mail, postage prepaid, addressed to the following non-CM/ECF user:

>Raymond J. Sanguinetti
>WHITFIELD & MCGANN
>111 East Wacker Drive, Suite 2600
>Chicago, Illinois  60601
>Email:  sangpac@sbcglobal.net

>s/     **Renée L. Koehler**
>Renée L. Koehler
>KOEHLER & PASSARELLI, LLC
>900 S. Frontage Road, Suite 300
>Woodridge, Illinois  60517
>Telephone:  (630) 505-9939
>Facsimile:  (630) 505-9969
>E-mail:  rkoehler@k-pllc.com