**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE and TRAINEE PROGRAM FUND, and Their Trustees,<br><br>              Plaintiffs,<br><br>  v.<br><br>TROPICAL CARPENTRY & WINDOWS, INC., and MADISON CONSTRUCTION COMPANY, INC.<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 1:07-CV-7103<br>) Judge Leinenweber<br>) Magistrate Judge Cox<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

To:  Raymond J. Sanguinetti
      WHITFIELD & MCGANN
      111 East Wacker Drive, Suite 2600
      Chicago, Illinois  60601
      Email: sangpac@sbcglobal.net

     **PLEASE TAKE NOTICE** that on **Tuesday, January 22, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, Defendant, Madison Construction Company, Inc., will appear before the Honorable Judge Harry D. Leinenweber, or such other judge as may be sitting in his stead, at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Courtroom 1941, Chicago, Illinois, and present the attached **UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT.**

                                      Respectfully submitted,

Dated:  January 14, 2008       **MADISON CONSTRUCTION COMPANY, INC.**

                                 s/     **Renée L. Koehler**
                                      Renée L. Koehler, Esq.
                                      KOEHLER & PASSARELLI, LLC
                                      900 S. Frontage Road, Suite 300
                                      Woodridge, Illinois 60517
                                      Telephone:  (630) 505-9939

Facsimile:  (630) 505-9969
E-mail: rkoehler@k-pllc.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 14, 2008, she electronically filed the foregoing Defendant's **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system and mailed a copy of the same via United States mail, postage prepaid, addressed to the following non-CM/ECF user:

>Raymond J. Sanguinetti
>WHITFIELD & MCGANN
>111 East Wacker Drive, Suite 2600
>Chicago, Illinois  60601
>Email:  sangpac@sbcglobal.net

>s/     **Renée L. Koehler**
>Renée L. Koehler
>KOEHLER & PASSARELLI, LLC
>900 S. Frontage Road, Suite 300
>Woodridge, Illinois  60517
>Telephone:  (630) 505-9939
>Facsimile:  (630) 505-9969
>E-mail:  rkoehler@k-pllc.com