## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 14, 2008, she electronically filed the foregoing **APPEARANCE OF LESLIE J. JOHNSON** with the Clerk of the Court using the CM/ECF system and mailed a copy of the same via United States mail, postage prepaid, addressed to the following non-CM/ECF user:

>Raymond J. Sanguinetti
>WHITFIELD & MCGANN
>111 East Wacker Drive, Suite 2600
>Chicago, Illinois  60601
>Email:  sangpac@sbcglobal.net

>s/    **Leslie J. Johnson**
>Leslie J. Johnson
>KOEHLER & PASSARELLI, LLC
>900 S. Frontage Road, Suite 300
>Woodridge, Illinois  60517
>Telephone:  (630) 505-9939
>Facsimile:  (630) 505-9969
>E-mail:  ljohnson@k-pllc.com