## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Chicago Regional Council of Carpenters
Pension Fund, et al.

                                Plaintiff,

v.                                          Case No.: 1:07−cv−07103

                                                    Honorable Harry D. Leinenweber

Tropical Carpentry & Windows, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Harry D. Leinenweber :The Unopposed Motion for extension of time to answer or otherwise plead to plaintiffs'[9] is granted.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.