IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE and TRAINEE PROGRAM FUND, and Their Trustees, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case Number: 1:07-CV-7103 Judge Leinenweber |
| v. | ) ) | Magistrate Judge Cox |
| TROPICAL CARPENTRY & WINDOWS, INC., and MADISON CONSTRUCTION COMPANY, INC. | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT, MADISON CONSTRUCTION COMPANY'S,
DISCLOSURE STATEMENT**

Defendant, MADISON CONSTRUCTION COMPANY, by and through its attorneys, Renée L. Koehler, of KOEHLER & PASSARELLI, LLC, hereby makes the following Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2:

Madison Construction Company does not have a parent corporation or any affiliates.

Respectfully submitted,

Dated:  January 29, 2008          **MADISON CONSTRUCTION COMPANY**

s/     **Renée L. Koehler**
Renée L. Koehler, Esq.
KOEHLER & PASSARELLI, LLC
900 S. Frontage Road, Suite 300
Woodridge, Illinois 60517
Telephone:  (630) 505-9939
Facsimile:  (630) 505-9969
E-mail: rkoehler@k-pllc.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, I electronically filed the foregoing **DEFENDANT, MADISON CONSTRUCTION COMPANY'S, DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Raymond J. Sanguinetti
>WHITFIELD & MCGANN
>111 East Wacker Drive, Suite 2600
>Chicago, Illinois  60601
>Email:  sangpac@sbcglobal.net

>s/     **Renée L. Koehler**
>Renée L. Koehler
>KOEHLER & PASSARELLI, LLC
>900 S. Frontage Road, Suite 300
>Woodridge, Illinois  60517
>Telephone:  (630) 505-9939
>Facsimile:  (630) 505-9969
>E-mail:  rkoehler@k-pllc.com