**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF | ) | |
| CARPENTERS PENSION FUND, CHICAGO | ) | |
| REGIONAL COUNCIL OF CARPENTERS | ) | |
| WELFARE FUND, the CHICAGO REGIONAL | ) | |
| COUNCIL OF CARPENTERS APPRENTICE and | ) | |
| TRAINEE PROGRAM FUND, and Their Trustees, | ) | |
| | ) | |
| Plaintiffs, | ) | Case Number:  1:07-CV-7103 |
| | ) | Judge Leinenweber |
| v. | ) | Magistrate Judge Cox |
| | ) | |
| TROPICAL CARPENTRY & WINDOWS, INC., and | ) | |
| MADISON CONSTRUCTION COMPANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, TROPICAL CARPENTRY & WINDOWS, INC.'S,
DISCLOSURE STATEMENT**

Defendant, TROPICAL CARPENTRY & WINDOWS, INC., by and through its attorneys, Renée L. Koehler, of KOEHLER & PASSARELLI, LLC, hereby makes the following Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2:

Tropical Carpentry & Windows, Inc. is a dissolved corporation and does not have a parent corporation or any affiliates.

Respectfully submitted,

Dated:  February 7, 2008        **TROPICAL CARPENTRY & WINDOWS, INC.**

s/____**Renée L. Koehler**_____
          Renée L. Koehler, Esq.
          KOEHLER & PASSARELLI, LLC
          900 S. Frontage Road, Suite 300
          Woodridge, Illinois 60517
          Telephone:  (630) 505-9939
          Facsimile:  (630) 505-9969

E-mail: rkoehler@k-pllc.com

**ATTORNEY FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2008, I electronically filed the foregoing **DEFENDANT, TROPICAL CARPENTRY & WINDOWS, INC.'S DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Raymond J. Sanguinetti
> WHITFIELD & MCGANN
> 111 East Wacker Drive, Suite 2600
> Chicago, Illinois 60601
> Email: sangpac@sbcglobal.net

> s/    **Renée L. Koehler**
> Renée L. Koehler
> KOEHLER & PASSARELLI, LLC
> 900 S. Frontage Road, Suite 300
> Woodridge, Illinois 60517
> Telephone: (630) 505-9939
> Facsimile: (630) 505-9969
> E-mail: rkoehler@k-pllc.com