**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 1:07-CV-7103

Chicago Regional Council of Carpenters
Pension Fund et al.
    v.
Tropical Carpentry & Windows, Inc. et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Tropical Carpentry & Windows, Inc.

| | |
|---|---|
| **NAME** (Type or print) <br> Leslie J. Johnson | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Leslie J. Johnson | |
| **FIRM** <br> Koehler & Passarelli, LLC | |
| **STREET ADDRESS** <br> 900 S. Frontage Road, Suite 300 | |
| **CITY/STATE/ZIP** <br> Woodridge, Illinois  60517 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6277732 | **TELEPHONE NUMBER** <br> (630) 505-9939 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |