**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on February 7, 2008, she electronically filed the foregoing **APPEARANCE OF LESLIE J. JOHNSON** with the Clerk of the Court using the CM/ECF system and mailed a copy of the same via United States mail, postage prepaid, addressed to the following non-CM/ECF user:

> Raymond J. Sanguinetti
> WHITFIELD & MCGANN
> 111 East Wacker Drive, Suite 2600
> Chicago, Illinois  60601
> Email:  sangpac@sbcglobal.net

> s/    **Leslie J. Johnson**
> Leslie J. Johnson
> KOEHLER & PASSARELLI, LLC
> 900 S. Frontage Road, Suite 300
> Woodridge, Illinois  60517
> Telephone:  (630) 505-9939
> Facsimile:  (630) 505-9969
> E-mail:  ljohnson@k-pllc.com